| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>TODD A. PICKLES<br>Assistant United States Attorneys<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL McCREE,<br><br>　　　　　　　Defendant. | CASE NO. 2:12-mj-0186 GGH<br><br>**EX PARTE REQUEST AND ORDER TO RESET PRELIMINARY HEARING DATE (AND TO SET HEARING REGARDING STATUS OF COUNSEL)** |

TO THIS HONORABLE COURT AND TO ALL PARTIES OF RECORD:

The United States of America hereby requests ex parte that the Court reset the preliminary date in this matter to August 7, 2012.

Defendant made his initial appearance on July 17, 2012 on the criminal complaint filed in this action. He was released with conditions that day, and the preliminary hearing was set for July 31, 2012.

Pursuant to Rule 5.1(c) of the Federal Rules of Criminal Procedure, the preliminary hearing must be set no later than 21 days from the initial appearance when the defendant is not in custody. Accordingly, under Rule 5.1(c), August 7, 2012 is and was an appropriate date to set the preliminary hearing in this case in the first instance because Defendant was not in custody.

At the initial appearance, the Court found that Defendant did not qualify for the appointment of counsel. To date, no counsel has made his appearance for Defendant in this matter.

Ex Parte Request and [Proposed] Order

1

Counsel for the United States has contacted the Federal Public Defender's Office, who represents Debra Fields. Ms. Fields is Defendant's spouse and has been charged by criminal complaint in *United States v. Fields*, 2:12-mj-00187 GGH. The Federal Public Defender's Office made a special appearance to represent Defendant in this case at the initial appearance, and has represented to the United States that they have attempted to contact Defendant in order to ascertain the status of counsel in relation to this case. To date, Defendant has not yet responded to the Federal Public Defender's Office's inquiries. For this reason, the United States is moving ex parte.

As set forth above, the United States requests that the preliminary hearing be reset for August 7, 2012, which under Rule 5(c), is and was the date it could have been set at the initial appearance on July 17, 2012. Further, Debra Fields has stipulated to resetting the date for August 7, 2012. The United States believes the case against Ms. Fields is related to the present matter in so far as the allegations underlying the charges against Defendant in the criminal complaint are intertwined with the allegations underlying the charges against Ms. Fields in the criminal complaint in case no. 2:12-mj-00187 GGH.

Further, upon entry of an order in this case, the United States shall cause to be served by express mail on Defendant at his home address the order resetting the preliminary hearing. This notice shall be served sent immediately upon receipt of the order in order to ensure timely notice to Defendant.

For the foregoing reasons, and pursuant to Rule 5.1(c), the United States respectfully requests that the preliminary hearing be reset for August 7, 2012 at 2:00 p.m.

DATED: July 24, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                               */s/ Todd Pickles*
                              TODD PICKLES
                              Assistant United States Attorney

**ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT:

The preliminary hearing in the above-captioned case is reset for August 7, 2012 at 2:00 p.m. However, the matter will also remain on calendar for July 31, 2012, at 2:00 p.m., for a hearing regarding defendant's status of counsel. The United States shall immediately cause this order to be served on Defendant at his home address by express mail.

IT IS SO ORDERED.

**Date: 7/24/2012**

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE